# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

129531
(50)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JENNIFER ANN HALLMAN and
MATTHEW ALLEN JOHNSTONE,
      Plaintiffs-Appellees,

v

SC: 129531
COA: 253363
Oakland CC: 02-043568-NH

FANNY A. DELA CRUZ, M.D. and
WEST BLOOMFIELD PLASTIC
SURGERY CENTER, P.C.,
      Defendants,

and

MICHIGAN LASERGRAFT CENTER, P.C.,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's October 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk

l0220